# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUDY A. SANTANA,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | :<br>:<br>:   3:15-cv-00721<br>:<br>:   (Judge Mariani)<br>:<br>: |

## ORDER

**AND NOW**, this 17th day of April, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge